IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUSTAN L. TURNER,

      Plaintiff,

v.                                                        Civ. No. 13-404 GBW

SOCIAL SECURITY ADMINISTRATION,
Carolyn W. Colvin, Acting Commissioner of SSA,

      Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff, who seeks judicial review of the denial of his application for social security benefits, filed a Motion for Leave to Proceed in forma pauperis. *Doc. 2*. "In order to succeed on a motion to proceed IFP, the movant must show a financial inability to pay the required filing fees, as well as the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised in the action." *Lister v. Dep't Of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (citation omitted). Section 1915(a)(1) applies to all plaintiffs seeking IFP status. *Id.*; *see also Griffin v. Zavaras*, 336 F. App'x 846, 849 n.2 (10th Cir. 2009).

Plaintiff's Complaint asserts a nonfrivolous argument on the law, and his motion evidences his inability to pay the filing fee. As such, I find the motion well-taken and hereby GRANT it.

IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE